1  DANIEL S. GLASS
   641 Fulton Avenue, Suite 200
2  Sacramento, CA  95825
   Telephone:  (916) 483-1971
3  Facsimile:  (916) 483-1371
   Email:  dsglawyer@sbcglobal.com
4
   Attorneys for Plaintiff
5  EILEEN BLODGETT

6  SONIA MARTIN (State Bar No. 191148)
   MICHAEL BARNES (State Bar No. 121314)
7  MICHELLE BRADLEY (State Bar No. 221323)
   SNR DENTON US LLP
8  2121 North California Blvd., Suite 800
   Walnut Creek, CA  94596-7342
9  Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
10 Email:      sonia.martin@snrdenton.com
               michael.barnes@snrdenton.com
11             michelle.bradley@snrdenton.com

12 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
13

14                 UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16                      SACRAMENTO DIVISION

17 | EILEEN BLODGETT,              | No. 2:11-cv-02408-KJN |
18 |         Plaintiff,            | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
19 |    vs.                        |                        |
20 | ALLSTATE INSURANCE COMPANY,   |                        |
21 |         Defendant.            |                        |

28
CASE NO. 2:11-CV-02408 KJN                STIPULATION FOR DISMISSAL WITH PREJUDICE
                                                              AND ORDER THEREON

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Dated: September __, 2012

By_____
DANIEL S. GLASS

Attorneys for Plaintiff
EILEEN BLODGETT

Dated: September __, 2012        SNR DENTON US LLP

By_____
MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: October 4, 2012

/s/ Kendall J. Newman___
Hon. Kendall J. Newman
United States Magistrate Judge

-1-

CASE NO. 2:11-CV-02408 KJN                    STIPULATION FOR DISMISSAL WITH PREJUDICE
                                                                AND ORDER THEREON

SNR DENTON US LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600